# AFFIDAVIT
## of
## SEAN McDERMOTT
## SPECIAL AGENT
## FEDERAL BUREAU OF INVESTIGATION

I, Sean McDermott, being first duly sworn, do depose and state that:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and am assigned to the Jefferson City, Missouri office. I have been an SA with the FBI for approximately fourteen (14) years. In the course of my career, I have participated in numerous investigations concerning violations of Title 18, United States Code. I am currently assigned to criminal investigations involving child exploitation, child pornography and human trafficking. I have gained expertise in the conduct of such investigations through training in seminars and everyday work related to these types of investigations. I have personally led multiple investigations involving child pornography.

2. The statements contained in this affidavit are based on information I learned through my personal knowledge, investigative reports from other investigators familiar with this investigation, and conversations with investigators familiar with this investigation. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence of violations of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B), specifically, receipt/distribution of child pornography and possession of child pornography, are located within data attributable to the Yahoo! account associated with email address [finding_trouble@yahoo.com](finding_trouble@yahoo.com), globally unique identifier (GUID) YIM7OSEUQGXUV3A6ZTXDU5BG64, including, but not limited to: IP addresses, login dates

and times, subscriber registration information, account status, associated email addresses, phone numbers, photographs, videos and e-mail content, and any evidence pertaining to the sexual exploitation of children.

3. On August 1, 2017, Boone County Sheriff's Department Cyber Crimes Task Force Detective Andy Evans attempted to seek out potential sexual predators by posting an undercover advertisement as an adult female decoy in the Casual Encounters section of the online classified advertisement website Craigslist. The advertisement was entitled, "Taboo Mom – w4m" and read, "Never tried this before just looking 4 someone who is into discreet taboo as I am. If your not a flake shoot me a message with the type of taboo your into. I have very few limits lol…."

4. On August 1, 2017, the decoy received an email from Craigslist relay email address 45fd663988643e6fa071b156bcd75ead@reply.craigslist.org. The respondent identified themselves as "Steve" and wrote, "Incest and beastiality top my list of favorite taboos. Dad/daughter or mom/son are the best. Drop me a note back!" Steve subsequently attempted to arrange a sexual rendezvous with the decoy and her 14-year-old daughter (Abby). Steve advised he desired oral, anal, role playing, spanking, blindfold and restraints, and promised no harm would ever come to Abby except for some highly probable pain and discomfort the first time.

5. Steve provided the decoy an email address of finding_trouble@yahoo.com and a telephone number of 573-990-1093. Steve sent the decoy multiple photographs showing his face. Investigation, including a search of Missouri driver's licenses, identified the person depicted in these photographs as STEVEN DEAN FRENCH.

6. Craigslist reported finding_trouble@yahoo.com communicated with Det. Evans' undercover email account through Craigslist relay email address 45fd663988643e6fa071b156bcd75ead@reply.craigslist.org.

2

7. Pinger reported the account associated with telephone number 573-990-1093 was registered to "Steve", email address finding_trouble@yahoo.com. Pinger's message logs documented numerous messages exchanged with Det. Evans' undercover telephone number.

8. CyberTipLine Report 30248463 from Yahoo! to the National Center for Missing and Exploited Children (NCMEC) on April 6, 2018, reported ten images, some of which depicted apparent child pornography, being uploaded to a Yahoo! account created by e-mail address finding_trouble@yahoo.com. Specifically, these images were uploaded on Yahoo! messenger between August 21, 2016, and April 6, 2018.

9. Yahoo! reported e-mail address finding_trouble@yahoo.com was accessed from IP address 66.86.44.244 on January 17, 2018, at 11:22:51pm, on March 14, 2018, at 3:46:59am, and on April 10, 2018, at 12:18:50pm.

10. CenturyLink reported login IP addresses 66.86.44.244 was assigned to FRENCH, 4103 Red Fox Court, Columbia, Missouri, at the dates and times specified above. Service was established on May 22, 2017.

11. A preservation letter for finding_trouble@yahoo.com was sent to Yahoo! on July 12, 2018.

**Conclusion**

12. Based upon the foregoing, I assert that probable cause exists that the Yahoo! account associated with email address finding_trouble@yahoo.com, GUID YIM7OSEUQGXUV3A6ZTXDU5BG64, contains evidence of receipt/distribution of child pornography and possession of child pornography, in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(a)(4)(B).

13. The facts set forth in this affidavit are true and correct to the best of my knowledge and belief.

Further, Affiant sayeth not.

_____
**Sean McDermott**
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me on this, the 28th day of August, 2018.

_____
**Willie J. Epps, Jr.**
United States Magistrate Judge

4